B6C (Official Form 6C) (12/07)

In re   **Irena Berger**,   Case No. _____
_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>8397 38th Circle East Unit 107<br>Sarasota, FL 34243 | NYCPLR § 5206(a) | 50,000.00 | 150,000.00 |
| **Household Goods and Furnishings**<br>Furnishings | NYCPLR § 5205(a)(5) | 2,000.00 | 2,000.00 |
| **Wearing Apparel**<br>Wearing Apparel | NYCPLR § 5205(a) | 2,000.00 | 2,000.00 |
| | Total: | 54,000.00 | 154,000.00 |

\_\_0\_\_ continuation sheets attached to Schedule of Property Claimed as Exempt