File No. 20093527 | Page #1

# INVOICE

**FROM:**
Accounting Department
Amon Real Estate Appraisers, Inc.
2477 Stickney Point Rd, Ste 221B
Sarasota, FL 34231-4070
www.amonreappraisers.com
Telephone Number: 941.922.6645    Fax Number: 941.922.4486

| | |
|---|---|
| | 20093527 |
| | 10/1/2009 |

**TO:**
Berger, Jeff & Irina
601 Brightwater Ct #11
Brooklyn, NY 11235

Telephone Number: 718-496-5414    Fax Number:
Alternate Number:    E-Mail: j21bid@gmail.com

| | |
|---|---|
| Internal Order #: | 20093527 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 20093527 |
| Other File # on form: | |
| Federal Tax ID: | 65-0535489 |
| Employer ID: | |

Lender: Berger, Jeff & Irina
Purchaser/Borrower: N/A
Property Address: 8397 38th Street E #107
City: Sarasota
County: Sarasota    State: FL    Zip: 34243
Legal Description:

Client: Berger, Jeff & Irina

| Description | Amount |
|---|---|
| Full - PRIVATE - | 325.00 |
| **SUBTOTAL** | **325.00** |

Check #:    Date:    Description:
Check #:    Date:    Description:
Check #:    Date:    Description:

| | |
|---|---|
| **SUBTOTAL** | |
| **TOTAL DUE** | **$ 325.00** |

Form NIV5 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE
Real Estate Appraisers, 2477 Stickney Point Rd, Sarasota, FL 34