## Ortiz & Ortiz, L.L.P.

Attorneys at Law
127 Livingston Street
Brooklyn, New York 11201

Frank A. Ortiz                                                                                           Tel. (718) 522-1117
Norma E. Ortiz*                                                                                         Fax (718) 596-1302
                                                                                                  Email@ortizandortiz.com

* (Admitted in New York and New Jersey)

12 June 2010

Ms. Sheree Jackson
Courtroom Deputy to the
Hon. Elizabeth Stong
U.S. Bankruptcy Court
271 Cadman Plaza East
New York, New York  10004

                                        Re:    Irene Berger
                                        Case No. 09 B 44402

Dear Ms. Jackson:

      I write to confirm that the Debtor's Motion to Approve Cram-Down has been settled with the Bank of America. Richard Postiglione and I have agreed upon the terms of a stipulation but have not had a final form executed.

      There is a hearing presently scheduled before Judge Stong on June 14th. Would you kindly mark the matter as settled, with a stipulation to be submitted, so that we may avoid bank counsels's appearance on the motion?

      After the stipulation is executed, the Debtor will file an amended plan that reflects its terms and seek the Judge Stong's and Ms. DeRosa's approval of the amended plan.

      I intend to appear and request an adjournment of the confirmation hearing.

      Thank you.

                                                                                        Very truly yours,

                                                                                        *S/Norma Ortiz*

                                                                                        Norma E. Ortiz

cc:    R. Postiglione, Esq.
       M. DeRosa, Esq.