UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In Re:

IRENA BERGER AKA IRINA TSUKERMAN

           Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 09-44402-ESS
(Chapter 13)

Assigned to:
Hon. ELIZABETH S. STONG
Bankruptcy Judge

      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of BAC Home Loans Servicing, LP in the within proceeding.

      Please send copies of all Notices and of all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    February 21, 2011
                Buffalo, New York

                                    Yours, etc.
                                    STEVEN J. BAUM, P.C.
                                    Attorneys for BAC Home Loans Servicing, LP

By:  _____
      Royston A. Mendonza, Esq.
      Office and Post Address:
      220 Northpointe Parkway, Suite G
      Amherst, NY 14228
      Telephone 716-204-2400

TO:

   CLERK, UNITED STATES BANKRUPTCY COURT
   EASTERN DISTRICT OF NEW YORK
   271 Cadman Plaza East
   Brooklyn, NY 11201

   ARTHUR MORRISON         Attorney for Debtor
   11 Skyline Drive
   Hawthorne, NY10532

   MARIANNE DEROSA, ESQ.    Chapter 13 Trustee
   100 Jericho Quadrangle
   Suite 208
   Jericho, NY 11753