UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:                                                                    CASE NO.: 09-44402 ess

Irena Berger, aka Irina Tsukerman,                         Chapter: 13
                                                                               JUDGE: ELIZABETH S. STONG

                                  DEBTOR(S).        **NOTICE OF APPEARANCE**
-------------------------------------------------------X
SIR:

      **PLEASE TAKE NOTICE**, that Bank of America, N.A., hereby appears in the above action, by and through its attorney, Rosicki, Rosicki & Associates, P.C., and demand that all papers in the case be served on the undersigned at the address stated below.

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: July 25, 2012
       Plainview, NY

                                                    Respectfully submitted,

                                                    _____
                                                    ROSICKI, ROSICKI & ASSOCIATES, P.C.
                                                    By: Barbara Dunleavy, Esq.
                                                    Attorneys for Bank of America, N.A.
                                                    Main Office 51 E Bethpage Road
                                                    Plainview, NY 11803
                                                    516-741-2585

TO:
Arthur Morrison
Attorney for Debtor
11 Skyline Drive
Hawthorne, NY 10532

Norma E Ortiz, Esq.
Ortiz & Ortiz LLP
Attorney for Debtor
127 Livingston Street
Brooklyn, NY 11201

Richard D Lamborn, Esq.
Attorney for debtor
327 East 149th Street
Bronx, NY 10451

Marianne DeRosa, Esq.
Trustee
115 Eileen Way
Suite 105
Syosset, NY 11791

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:                                                    CASE NO.: 09-44402 ess

   Irena Berger, aka Irina Tsukerman,


                       DEBTOR(S).        **Affidavit of Service**
-------------------------------------------------------X
STATE OF NEW YORK)
        )ss:
COUNTY OF Nassau)

     Wendy Sinrilus, being duly sworn, deposes and says:
    I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.
    On July 25, 2012, I served the Notice of Appearance and Demand for Service of All Papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Arthur Morrison
11 Skyline Drive
Hawthorne, NY 10532

Norma E Ortiz, Esq.
Ortiz & Ortiz LLP
127 Livingston Street
Brooklyn, NY 11201

Richard D Lamborn, Esq.
327 East 149th Street
Bronx, NY 10451

Marianne DeRosa, Esq.
115 Eileen Way
Suite 105
Syosset, NY 11791

                                       _____
                                       Wendy Sinrilus

Sworn to before me this
25th day of July, 2012

_____
NOTARY PUBLIC

Jenna Lippin
Notary Public, State of New York
No. 01LI6179296
Qualified in Nassau County
Commission Expires 12/24/2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE:                                    CASE NO.: 09-44402 ess

   Irena Berger, aka Irina Tsukerman,

                          DEBTOR(S).      **NOTICE OF APPEARANCE**
----------------------------------------------------------X

---

## NOTICE OF APPEARANCE

---

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585