United States Bankruptcy Court
Eastern District of New York

In Re:  Irena Berger

Case No.  09-44402                                                      Court ID (Court use only)_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. Section 1111(a).  Green Tree Servicing LLC hereby gives notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Green Tree Servicing LLC<br>Office of Marshall C. Watson, PC<br>**Name of Transferee** | Bank of America c/o Rebecca Nilsen, Esq. Law<br><br>**Name of Transferor** |
|---|---|
| **Name and Address where notices to Transferee should be sent:** | **Court Record Address of Transferor:**<br>(Court use only) |
| Green Tree Servicing LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154<br>888-298-7785 | 1800 NW 49th Street<br>Suite 120<br>Fort Lauderdal, FL 33309 |
| **Name and Address where Transferee Payments should be sent to (if different From above):** | **Court Claim #   7-1**<br>**Amount of Claim:  $131,000.00**<br>**Date Claim filed:  12/06/2009** |
| Green Tree Servicing LLC<br>PO BOX 0049<br>Palatine, IL 60055-0049 | **Account #:  0011**<br>(Last four digits only)<br>**New Acct # to reference: 0918**<br>(Last four digits only) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Perry Wade                                      Date: 06/17/2013

GT Bankruptcy Representative

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. Sections 152 & 3571

---

DEADLINE TO OBJECT TO TRANSFER

*Transfer of Claim is without waiver*

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within (20) days of mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further notice of the court.

Date: _____         _____
                                                                              **CLERK OF COURT**