United States Bankruptcy Court
Eastern District of New York

tmdr3574

—————————————————————X

CASE NO:    109-44402-ESS

IN RE:

        IRENA BERGER
        601 BRIGHTWATER COURT
        APT 5J
        BROOKLYN, NY 11235

CERTIFICATION OF
COMPLETED CHAPTER 13 PLAN

                DEBTOR,

—————————————————————X

      MARIANNE DeROSA, Chapter 13 Trustee, states that upon information and belief, the

Debtor has completed the Chapter 13 Plan.  The Trustee will file a Final Report and Account when

all payments to creditors have cleared her bank account. The Trustee requests that the Court keep

the case open pending receipt of the Final Report and Account.

Dated:   Jericho, New York
          Jun 06, 2014

/s/Marianne De Rosa
————————————————————

Marianne De Rosa
Chapter 13 Trustee