# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−09−44402−ess |
| Irena Berger<br>aka Irina Tsukerman | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−2304 | |
| DEBTOR(s) | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

- The Deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

- Marianne DeRosa (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 13 case of the above−named debtor(s) is closed.

s/ Elizabeth S. Stong
United States Bankruptcy Judge

Dated: August 14, 2014

**BLfnld13** [Final Decree rev 08/07/06]