

Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz  (1931-2016)   Tel. (718) 522-1117
Norma E. Ortiz*   Fax (718) 596-1302
_____   email@ortizandortiz.com

Martha J. de Jesus*
 * (Admitted in New York and New Jersey)

August 28, 2017

Ms. Sheree Jackson
Courtroom Deputy to the Hon. Elizabeth S. Stong
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

      **Re:** **Irena Berger, Chapter 13 Case**
         **Case No. 09-44402**

      **Letter Confirming Adjournment of Hearing on**
      **Debtor's Motion to Compel Compliance with**
      **Court Order from August 29, 2017, at 9:30 a.m.,**
      **to October 17, 2017, at 9:30 a.m.**

Dear Ms. Jackson:

  I write to confirm the adjournment of the hearing on the above-referenced motion from August 29, 2017, at 9:30 a.m., to October 17, 2017, at 9:30 a.m.

  Thank you very much for your assistance.

            Very truly yours,

            */s/Martha J. de Jesus*

            Martha J. de Jesus

cc: Andrew Goldberg, Esq.
   Rosicki, Rosicki & Associates, P.C.